**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

CARON PJANIC,                                                     Civil No. 19-148 (JRT/KMM)

               Plaintiff,

v.                                                                        **ORDER OF DISMISSAL**

CLEARPATH LENDING, INC.,

               Defendant.

---

Marisa C Katz, **TESKE, KATZ, KITZER & ROCHEL, PLLP,** 222 South Ninth Street, Suite 4050, Minneapolis, MN 55402, for plaintiff.

Allyson B Baker, **VENABLE LLP,** 600 Massachusetts Avenue NW, Washington, DC 20001, for defendant.

The parties have stipulated to dismissal of this case with prejudice. [Docket No. 51]

Based on a review of the file, record, and proceedings herein, **IT IS HEREBY**

**ORDERED** that the settlement of this action is approved and this action is **DISMISSED WITH**

**PREJUDICE**, each party to bear its own costs, disbursements, and attorney's fees.

     **LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: April 22, 2020
at Minneapolis, Minnesota.

                                    _s/John R. Tunheim_____
                                    JOHN R. TUNHEIM
                                    Chief Judge
                                    United States District Court