# UNITED STATES DISTRICT COURT
## District of Minnesota

CARON PJANIC

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s),

v.  Case Number: 19-cv-148 JRT/KMM

CLEARPATH LENDING, INC.

Defendant(s).

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
the settlement of this action is approved and this action is **DISMISSED WITH PREJUDICE**, each party to bear its own costs, disbursements, and attorney's fees.

Date: 4/22/2020                                      KATE M. FOGARTY, CLERK

                                                          s/Katie Thompson
                                                  (By)   Katie Thompson, Deputy Clerk